IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CEVALLOS,   No. CIV S-07-1109-LKK-CMK-P

    Plaintiff,

  vs.   ORDER

MICHAEL GARY BROWER, et al.,

    Defendants.

                                 /

        Plaintiff, a state prisoner proceeding pro se, brings this civil action as a "special privileged person attempting to exercise his right to procedural due process." On June 15, 2007, the court dismissed plaintiff's complaint with leave to amend. Plaintiff was directed to file a first amended complaint within 30 days. Plaintiff's complaint was defective because it did not name any defendants. On June 20, 2007, plaintiff filed a document entitled "First Amended Complaint." On June 26, 2007, plaintiff filed a document entitled "Amended Complaint" which appears to indicate that new information is included. On July 5, 2007, plaintiff filed a document entitled "Third Amended Complaint." Finally, on July 6, 2007, plaintiff filed a document entitled "Civil Rights Amended Complaint."

/ / /

1       Rather than striking all amended complaints submitted after the June 20, 2007,
2 filing, the court will provide plaintiff an opportunity to either inform the court which of the
3 numerous amended complaints plaintiff intends to be the operative pleading, or to file a new
4 amended complaint which contains all claims and names all defendants.  Plaintiff is informed
5 that, as a general rule, an amended complaint supersedes the original complaint.  See Ferdik v.
6 Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992).  Thus, following dismissal with leave to amend,
7 all claims alleged in the original complaint which are not alleged in the amended complaint are
8 waived.  See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).  Therefore, if plaintiff amends
9 the complaint, the court cannot refer to any prior pleading in order to make plaintiff's amended
10 complaint complete.  See Local Rule 15-220.  An amended complaint must be complete in itself
11 without reference to any prior pleading.  See id.

12       Plaintiff is cautioned that failure to comply with this order may result in dismissal
13 of the entire action for failure to comply with court rules and orders.  See Local Rule 11-110.

14       Accordingly, IT IS HEREBY ORDERED that:

15       1.    Within 30 days of the date of this order, plaintiff shall either notify the
16 court which of the numerous complaints referenced herein he intends to be the operative
17 pleading, or file a new amended complaint which contains all claims and names all defendants;
18 and

19       2.    The Clerk of the Court is directed to forward to plaintiff the court's form
20 for civil rights complaint by prisoners.

22 DATED:  August 15, 2007.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2