IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEVALLOS, | No. CIV S-07-1109-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| BALDWIN, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On April 7, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed April 7, 2008, are adopted in full;

3  2. This action is dismissed, without prejudice; and

4  3. The Clerk of the Court is directed to enter judgment and close this file.

5  DATED: June 16, 2008.

```
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```