IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CEVALLOS,                         No. CIV S-07-1109-LKK-CMK

        Plaintiff,

   vs.                                                    ORDER

BROWER, et al.,

        Defendants.

_____/

       Plaintiff, who is proceeding pro se, brings this civil action, apparently pursuant to 42 U.S.C. § 1983.  Final judgment was entered in this action on June 16, 2008, and plaintiff did not file a notice of appeal.  On October 3, 2008, plaintiff filed a document entitled "Civil Complaint for Damage" and an application for leave to proceed in forma pauperis.  The new civil complaint raises the same claim plaintiff raised in the second amended complaint which was addressed in the court's June 16, 2008, dismissal order and final judgment.  The new filings will be disregarded.

       IT IS SO ORDERED.

DATED: October 8, 2008

                                                     **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE